**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                  CASE NO.  3:04-cr-337-J-99MMH

DAVID KEITH GRIFFIS
RONALD EUGENE NEWMAN, JR.

---

**ORDER**

This case is before the Court on defendant Ronald E. Newman's Motion to Suppress (Doc. #35), which motion was adopted by co-defendant David Keith Griffis (see Order Doc. #48).  After briefing, a hearing and supplemental briefing, United States Magistrate Judge Marcia Morales Howard issued a Report and Recommendation (Doc. #63) recommending denial of the Motion to Suppress.  Defendant Ronald Newman filed Objections to Report and Recommendation (Doc. #66).

After a review of the file and upon de novo consideration, it is hereby

**ORDERED:**

1. Defendant's Objections to Report and Recommendation (Doc. #66) are **OVERRULED**.

2.	The Report and Recommendation of the United States Magistrate Judge (Doc. #63) is **ADOPTED** and will constitute the opinion of the Court.

3.	Defendant's Motion to Suppress (Doc. #35) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, this  6th   day of July, 2005.

*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

Copies to:

Hon. Marcia Morales Howard
United States Magistrate Judge

Asst. U.S. Attorney (Moody)
Asst. Federal Public Defender (Burke)
Roland Falcon, Esquire
Defendants